CHARLES VIVIAN et al., as Copartners under the Firm Name of CHARLES VIVIAN AND COMPANY, Appellants, v. HENRY STEERS, JR., Respondent.

Reported below, 136 App. Div. 926.
(Argued November 14, 1910; decided November 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 21, 1910, affirming a judgment in favor of defendant entered upon the report of a referee in an action on contract.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence and that no questions of law were presented for review.

*Charles Thaddeus Terry* for motion.

*Willard N. Baylis* opposed.

Motion denied, with ten dollars costs.